wife. There was a decree for defendants on the merits. Plaintiffs appeal.

DISMISSED.

*Mr. S. H. Haines,* for appellants.

*Mr. Richard W. Montague,* for respondents.

The parties having so agreed, the appeal herein was dismissed. No opinion.

DISMISSED.

Decided January 11, 1898.

WORTHINGTON *v.* POSSON.

From Multnomah: LOYAL B. STEARNS, Judge.

Suit by W. H. Worthington against F. L. Posson for dissolution of a partnership and an accounting. Guy Posson appealed.

*Mr. Dell Stuart,* for appellant.

*Messrs. Williams, Wood & Linthicum,* for respondent.

Pursuant to stipulation of the parties, the appeal was dismissed. No opinion.

DISMISSED.

Decided March 1, 1898.

DUFFY *v.* TOUT.

From Clackamas: THOS. A. McBRIDE, Judge.

*Messrs. Arthur C. Emmons,* and *Geo. J. Cameron,* for respondents.